**Edward WILKES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62730.**

Missouri Court of Appeals,
Western District.

June 22, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2004.

Application for Transfer Denied
Sept. 28, 2004.

Vanessa Caleb, for appellant.

Andrew W. Hassell, Assistant Attorney General, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and EDWIN H.
SMITH, JJ.

### *ORDER*

PER CURIAM.

Edward Wilkes appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).